# Court of Appeals
# of the State of Georgia

ATLANTA,  October 09, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0464.  GIOVONNTE MADDOX v. THE STATE**

In 2011, Giovonnte Maddox pled guilty to one count of armed robbery, two counts of aggravated assault, and one count of kidnapping. Maddox filed a motion for out-of-time appeal, which the trial court denied on June 19, 2019. On August 8, 2019, Maddox filed a direct appeal from this ruling.[1] We lack jurisdiction.

OCGA § 5-6-38 (a) requires that a notice of appeal be filed within 30 days of the order sought to be appealed. "[A] timely-filed notice of appeal is a jurisdictional prerequisite to a valid appeal." *Henderson v. State*, 265 Ga. 317, 317 (1) (454 SE2d 458) (1995). Because Maddox's notice of appeal was filed 50 days after the order he seeks to appeal, it is untimely. We thus lack jurisdiction to consider the appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  10/09/2019
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] Maddox filed an application for discretionary appeal from the same ruling, which this Court dismissed as untimely. See Case Number A20D0049, dismissed Sept. 13, 2019.